JS - 6    LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0889 GAF (AJWx) | Date | April 3, 2009 |
|---|---|---|---|
| Title | Bank of New York Mellon v. Gomez et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     (In Chambers)

## ORDER REMANDING CASE

On February 23, 2009, this Court ordered Defendants to show cause why the present action should not be remanded to Los Angeles Superior Court for lack of subject matter jurisdiction and untimely removal.  (2/23/2009 Order (Docket No. 3) at 2.)  In that Order, the Court explained that the bare allegations in Defendants' notice of removal do not satisfy Defendants' burden of proving that the present lawsuit satisfies the $75,000 amount-in-controversy requirement set forth in 28 U.S.C. § 1332(a).  (Id. at 1–2.)  The Court also stated that Defendants' failure to file a timely response to the Court's Order would be treated as consent to remand the case to state court.  (Id. at 2.)  Finally, the Court questioned whether a live controversy even exists in this case, given that the state court docket reveals that the state court entered a judgment on the pleadings in Plaintiff's favor on February 2, 2009.  (Id.)

Defendants have failed to respond to the Court's Order to Show Cause, and have therefore failed to meet their burden of proving that Plaintiff's lawsuit satisfies the $75,000 amount-in-controversy requirement.  Accordingly, to the extent that a live controversy exists in this case, the case is **REMANDED** to Los Angeles Superior Court for further proceedings.  The February 23, 2009 Order to Show Cause is **VACATED**.

**IT IS SO ORDERED.**